Nicholas J. Scavio, Esq. (SBN 028227)
LAW OFFICES OF JOHN CHAIX
3001 East Camelback Road, Suite 130
Phoenix, Arizona 85016
Telephone: (602) 235-9399
Facsimile: (602) 235-9499
E-mail: minuteentries@chaixlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PINNACLE PINES COMMUNITY ASSOCIATION, an Arizona non-profit corporation, <br><br> Plaintiff, <br> v. <br><br> LEXINGTON INSURANCE COMPANY, a Delaware corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation; CHARTIS SPECIALTY INSURANCE COMPANY F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation; HANOVER INSURANCE COMPANY, a New Hampshire corporation; and ABC Corporations I-X, <br><br> Defendants. | Case No. CV-12-8202-PCT-DGC <br><br> **NOTICE OF DISMISSAL OF HANOVER INSURANCE COMPANY WITHOUT PREJUDICE ONLY** <br><br> Assigned to the Hon. David G. Campbell <br><br> (Declaratory Action) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff, by and through undersigned counsel, hereby notifies the Court and all parties that it has dismissed Hanover Insurance Company without prejudice pursuant to Rule 41(a)(1)(A)(i), *Fed.R.Civ.P.* However, Plaintiff reserves any and all rights add the dismissed parties to the instant action if further information necessitates their inclusions in the instant proceedings.

RESPECTFULLY SUBMITTED this 7th day of January, 2013.

                                      LAW OFFICES OF JOHN CHAIX

                                      By: */s/ Nicholas Scavio*
                                           Nicholas J. Scavio, Esq.
                                           3001 E. Camelback Rd., Suite 130
                                           Phoenix, Arizona 85016
                                           *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Amy M. Samberg, Esq.
Julie E. Maurer, Esq.
Snell and Wilmer, LLP
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85701
*Attorneys for Defendants Lexington Insurance Company and Chartis Specialty Insurance Company F/K/A American International Specialty Lines Insurance Company*

Lynn M. Allen, Esq.
J.P. Harrington Bisceglia, Esq.
Allen Law Group, PLC
3300 N. Central Ave., Suite 2520
Phoenix, Arizona 85012
*Attorneys for Defendant Everest National Insurance Company*

Darrel S. Dudzik, Esq.
Hinshaw & Culbertson, LLP
3200 N. Central Ave., Suite 800
Phoenix, Arizona 85012
*Attorneys for Allied World National Assurance Company*

Jeffrey R. Simmons, Esq.
Ryley Carlock & Applewhite, PA
1 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
*Attorneys for Hanover Insurance Company*

By: */s/ Danielle N. Gaudio*