Nicholas J. Scavio, Esq. (SBN 028227)
LAW OFFICES OF JOHN CHAIX
3001 East Camelback Road, Suite 130
Phoenix, Arizona 85016
Telephone: (602) 235-9399
Facsimile: (602) 235-9499
E-mail: minuteentries@chaixlaw.com;
nick@chaixlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PINNACLE PINES COMMUNITY ASSOCIATION, an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation; CHARTIS SPECIALTY INSURANCE COMPANY F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation; and ABC Corporations I-X,<br><br>Defendants. | Case No. CV-12-8202-PCT-DGC<br><br>**STIPULATION TO DISMISS LEXINGTON INSURANCE COMPANY WITH PREJUDICE**<br><br>Assigned to the Hon. David G. Campbell |

Plaintiff, Pinnacle Pines Community Association, and Defendants, Lexington Insurance Company ("Lexington"), Everest national Insurance Company, Allied World National Assurance Company, and Chartis Specialty Insurance Company, by and through undersigned counsel, hereby stipulate to dismiss Lexington *only*, with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P. After Lexington is dismissed with prejudice, Lexington agrees to dismiss that portion of the pending Motion to Dismiss related to Lexington *only*. The Motion

1

to Dismiss as related to Chartis Specialty Insurance Company will remain.

Plaintiff enters into the instant stipulation based on verified representations that Lexington's policies, nos. 6761260 and 6161313, have been exhausted in full.

RESPECTFULLY SUBMITTED this 5th day of February, 2013.

        LAW OFFICES OF JOHN CHAIX

        By: */s/ Nicholas Scavio*
            Nicholas J. Scavio, Esq.
            3001 E. Camelback Rd., Suite 130
            Phoenix, Arizona 85016
            *Attorney for Plaintiff*

        ALLEN LAW GROUP, PLC

        By: */s/ Lynn Allen*
            Lynn Allen, Esq.
            3300 N. Central Ave., Suite 2520
            Phoenix, Arizona 85012
            *Attorney for Everest*

        SNELL AND WILMER, LLP

        By: */s/ Julie Maurer*
            Julie Maurer, Esq.
            400 E. Van Buren
            Phoenix, Arizona 85001
            *Attorney for Lexington and Chartis*

        HINSHAW & CULBERTSON, LLP

        By: */s/ Darrell Dudzik*
            Darrell Dudzik, Esq.
            3200 N. Central Ave., Suite 800
            Phoenix, Arizona 85012
            *Attorney for Allied World*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Amy M. Samberg, Esq.
Julie E. Maurer, Esq.
Snell and Wilmer, LLP
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004
*Attorneys for Defendants Lexington Insurance Company and Chartis Specialty Insurance Company F/K/A American International Specialty Lines Insurance Company*

Lynn M. Allen, Esq.
J.P. Harrington Bisceglia, Esq.
Allen Law Group, PLC
3300 N. Central Ave., Suite 2520
Phoenix, Arizona 85012
*Attorneys for Defendant Everest National Insurance Company*

Darrell S. Dudzik, Esq.
Hinshaw & Culbertson, LLP
3200 N. Central Ave., Suite 800
Phoenix, Arizona 85012
*Attorneys for Allied World National Assurance Company*

By: */s/ Danielle N. Gaudio*