# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PINNACLE PINES COMMUNITY ASSOCIATION, an Arizona non-profit corporation,<br><br>    Plaintiff,<br>  v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation; CHARTIS SPECIALTY INSURANCE COMPANY F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation; and ABC Corporations I-X,<br><br>    Defendants. | Case No. CV-12-8202-PCT-DGC<br><br>**ORDER GRANTING STIPULATION TO DISMISS LEXINGTON INSURANCE COMPANY WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 51) and good cause appearing therefore;

IT IS HEREBY ORDERED granting the Stipulation to Dismiss Lexington Insurance Company with Prejudice. Lexington Insurance Company is dismissed with prejudice, each of the parties to bear their own attorneys' fees and costs incurred herein.

1

Dated this 6th day of February, 2013.

_____
David G. Campbell
United States District Judge