# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pinnacle Pines Community Association, as Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Lexington Insurance Company, a Delaware corporation, et al.,<br><br>Defendants. | No. CV12-8202 PCT DGC<br><br>**ORDER** |

Pursuant to the parties' stipulation for dismissal without prejudice (Doc. 82).

**IT IS ORDERED** that the stipulation for dismissal (Doc. 82) is **granted**. Allied World National Assurance Company is dismissed without prejudice. Allied World and Plaintiff are to bear their own costs and attorneys' fees with regard to the claims against each other only.

Dated this 13th day of August, 2013.

David G. Campbell
United States District Judge